IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES S.,
Petitioner,
vs.
THE HONORABLE MARGARET E.
PICKARD, DISTRICT JUDGE; AND
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondents,
and
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES; AND J.S.,
Real Parties in Interest.

No. 85476

FILED

OCT 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original, emergency petition for a writ of mandamus or prohibition challenges a district court order denying a motion in limine in a termination of parental rights case.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, the availability of an appeal is generally an adequate legal remedy precluding writ relief. *Pan*, 120 Nev. at 224, 88 P.3d at 841; *see* NRS 34.170; NRS 34.330. Petitioner may appeal from the district court's final order in the

underlying matter, if aggrieved, and we are not persuaded that such an appeal would be an inadequate remedy here. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Margaret E. Pickard, District Judge
      Rosenblum Allen Law Firm, Las Vegas
      Clark County District Attorney
      Clark County Public Defender/Juvenile Division
      Yolanda D. Miller
      Eighth District Court Clerk